PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 8 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

### Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kevin William Carr          Case Number: 2:98CR00167-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 3/5/1999           Type of Supervision: Supervised Release

Original Offense: Armed Bank Robbery,         Date Supervision Commenced: 04/11/2004
18 U.S.C. § 2113(a) and (d)

Original Sentence: Prison - 78 Months;        Date Supervision Expires: 04/10/2007
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19.   The defendant shall reside and participate in a residential community correctional enter for a period not to exceed 120 days; said placement shall commence as directed by the probation officer pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

## CAUSE

Mr. Carr missed urinalysis appointments on August 20, 22, and 27, 2005. The probation officer determined that Mr. Carr was suffering from depression and had quit his job. The probation officer also observed a recent scar, approximately 4" long, on his left inner forearm. The defendant admitted that he cut himself a week prior. Mr. Carr has entered the Turning Point Community Corrections Center in Bakersfield, California. Mr. Carr has met with his mental health therapist at the facility and it appears he has improved.

The Easter District of California is requesting a transfer of jurisdiction. The Probation 22 forms are attached for Your Honor's signature.

Respectfully submitted,

by _____

Anne Sauther
U.S. Probation Officer
Date: September 27, 2005

Prob 12B
**Re: Carr, Kevin William
September 27, 2005
Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
FVS [X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

September 28, 2005
Date